**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA WILLIS ALBRIGO and ANITA JOHNSON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1981-RFB-EJY<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiffs' Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiffs' Complaint is hereby extended to and including March 11, 2024.

**IT IS SO ORDERED:**

_____
THE HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT COURT JUDGE

DATED:       January 5, 2023
_____