1  L. Timothy Fisher (State Bar No. 191626)
   **BURSOR & FISHER, P.A.**
2  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
4  E-mail: ltfisher@bursor.com

5  *Attorney for Plaintiffs Laura Willis Albrigo and
   Anita Johnson*

6

7  Todd L. Bice
   **PISANELLI BICE PLLC**
   400 S. 7th Street Suite 300
8  Las Vegas, NV 89101
   Telephone: 702.214.2100
9  tlb@pisanellibice.com

10 Angela C. Agrusa*
   **DLA PIPER LLP (US)**
11 2000 Avenue of the Stars
   Suite 400 North Tower
12 Los Angeles, CA 90067-4735
   Telephone: 310.595.3000
13 angela.agrusa@us.dlapiper.com

14 *Pro hac vice application forthcoming*

15 *Attorneys for Defendant
   MGM Resorts International*

16

17

18             **UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA**
19

20 

| LAURA WILLIS ALBRIGO and ANITA JOHNSON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1981-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |
|---|---|

Pursuant to LR IA 6-1, Plaintiffs Laura Willis Albrigo and Anita Johnson, and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of March 11, 2024 to and including April 10, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The Court previously granted an extension on January 5, 2024. ECF No. 13.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently thirteen other related actions filed against MGM pending in this District (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-1480; *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Righetti v. MGM Resorts Int'l*, No. 2:23-cv-2064; *Mejia v. MGM Resorts, Int'l*, No. 2:23-cv-00081.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1, notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188. Plaintiffs in this action have opposed this effort because the 2019 Actions involved a different threat actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the Related Actions.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. The parties in the Related Actions have also engaged

1  in preliminary information exchange that may avoid the need for certain motion practice,
2  which would conserve judicial resources. As such, additional time is required to permit time
3  to meet and confer with the various parties to the Related Actions.
4     The Parties' request is made in good faith to enable the parties to finalize the joint
5  motion for consolidation and conserve judicial and party resources. Moreover, this case is
6  in its infancy, and this request will not prejudice any party.
7     **WHEREAS** the Parties respectfully request that MGM shall have until April 10,
8  2024, to answer, move, or otherwise respond to the Complaint.

9  Dated: March 6, 2024                    Respectfully submitted,

*/s/ Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorney for Plaintiffs Laura Willis Albrigo and Anita Johnson*

*/s/ Todd L. Bice*

Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant MGM Resorts International*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAURA WILLIS ALBRIGO and ANITA JOHNSON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1981-RFB-EJY<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiffs' Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiffs' Complaint is hereby extended to and including April 10, 2024.

_____
U.S. MAGISTRATE JUDGE

Dated: March 7, 2024