UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **TONYA OWENS,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>Defendant. | CASE NO.  2:23-cv-01480-RFB-MDC |
| **EMILY KIRWAN,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>Defendant. | CASE NO. 2:23-cv-01481-RFB-DJA |
| **MICHELLE RIGHETTI** *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>Defendant. | CASE NO. 2:23-cv-02064-APG-DJA |

| | | |
|---|---|---|
| 1 | **DAVID ZUSSMAN,** *individually and on behalf of all others similarly situated,* | CASE NO. 2:23-cv-01537-CDS-BNW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | **VICI PROPERTIES L.P.,** a Delaware limited partnership**; VICI PROPERTIES 2 L.P.,** a Delaware limited partnership**; MGM RESORTS INTERNATIONAL,** a Delaware corporation; and **MGM GROWTH PROPERTOES OPERATING PARTNERSHIP L.P.** a Delaware limited liability company | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | **DAVID LACKEY,** *individually and on behalf of all others similarly situated,* | CASE NO. 2:23-cv-01549-RFB-NJK |
| 11 | | |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | **MGM RESORTS INTERNATIONAL,** | |
| 15 | Defendant. | |
| 16 | **MICHAEL PIRCIO,** *individually and on behalf of all others similarly situated,* | CASE NO. 2:23-cv-01550-CDS-NJK |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | **MGM RESORTS INTERNATIONAL,** | |
| 20 | Defendant. | |
| 21 | **DAVID TEREZO,** *individually and on behalf of all others similarly situated,* | CASE NO. 2:23-cv-01577-RFB-MDC |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | **MGM RESORTS INTERNATIONAL,** | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

- 2 -

| | | |
|---|---|---|
| 1 | **RONALD G. RUNDELL,** *individually and on behalf of all others similarly situated*, | CASE NO. 2:23-cv-01698-CDS-DJA |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | **MGM RESORTS INTERNATIONAL,** | |
| 6 | Defendant. | |
| 7 | **CHARLES BEZAK,** *individually and on behalf of all others similarly situated*, | CASE NO. 2:23-cv-01719-RFB-BNW |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | **MGM RESORTS INTERNATIONAL,** | |
| 11 | Defendant. | |
| 12 | **PAUL ZARI,** *individually and on behalf of all others similarly situated*, | CASE NO. 2:23-cv-01777-CDS-BNW |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | **MGM RESORTS INTERNATIONAL,** | |
| 16 | Defendant. | |
| 17 | **MICHAEL MANSON,** *individually and on behalf of all others similarly situated*, | CASE NO. 2:23-cv-01826-CDS-EJY |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | **MGM RESORTS INTERNATIONAL,** | |
| 21 | Defendant. | |

| | | |
|---|---|---|
| 1 | **LAURA WILLIS ALBRIGO and ANITA JOHNSON,** *individually and on behalf of all others similarly situated*, | CASE NO. 2:23-cv-01981-RFB-EJY |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | **MGM RESORTS INTERNATIONAL,** | |
| 6 | Defendant. | |
| 7 | | |
| 8 | **KYLE SLOAN,** *individually and on behalf of all others similarly situated,* | CASE NO. 2:23-cv-02042-ART-BNW |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | **VICI PROPERTIES INC. and MGM RESORTS INTERNATIONAL,** | |
| 12 | | |
| 13 | Defendants. | |
| 14 | **EDGAR MEJIA and DUJUN JOHNSON,** *individually and on behalf of all others similarly situated,* | CASE NO. 2:24-cv-00081-APG-DJA |
| 15 | | |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | **MGM RESORTS INTERNATIONAL,** | |
| 19 | Defendant. | |

Federal Rule of Civil Procedure 42(a) governs the consolidation of cases. The rule provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). "The district courts have broad discretion under this rule to consolidate cases pending in the same district." Investors Rsch. Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal., 877 F.2d 777, 777 (9th Cir. 1989). Additionally, as under Rule 42(a), this district's local rules allow the court to make a determination to consolidate actions *sua sponte*. LR 42-1(b). In determining whether to consolidate cases, the court should "weigh the interest of judicial convenience against the potential for delay, confusion[,] and prejudice." Zhu v. UCBH Holdings, Inc., 682 F. Supp. 2d 1049, 1052 (N.D. Cal. 2010); see also Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984).

These related actions allege nearly identical claims against Defendants, arising from MGM's alleged failures to adequately safeguard the personally identifiable information ("PII") of its customers, and the cyberattack and data breach to MGM systems in September 2023 in which the PII of all Plaintiffs and proposed Class Members was allegedly disclosed and compromised. Because the circumstances and claims involve common questions of law and fact, the undersigned judges assigned to the cases captioned above have consulted and find that consolidation of the actions is appropriate under Federal Rule of Civil Procedure 42(a)(2) and Local Rule 42-1(b).

**IT IS THEREFORE ORDERED** that the following cases shall be consolidated:

(1) Owens v. MGM Resorts Int'l, No. 2:23-cv-01480-RFB-MDC

(2) Kirwan v. MGM Resorts Int'l, No. 2:23-cv-01481-RFB-DJA

(3) Zussman v. VICI Properties L.P., et al., No. 2:23-cv-01537-CDS-BNW

(4) Lackey v. MGM Resorts Int'l, No. 2:23-cv-01549-RFB-NJK

(5) Pircio v. MGM Resorts Int'l, No. 2:23-cv-01550-CDS-NJK

(6) Terezo v. MGM Resorts Int'l, No. 2:23-cv-01577-RFB-MDC

(7) Rundell v. MGM Resorts Int'l, No. 2:23-cv-01698-CDS-DJA

(8) Bezak v. MGM Resorts Int'l, No. 2:23-cv-01719-RFB-BNW

(9) Albrigo v. MGM Resorts Int'l, No. 2:23-cv-01981-RFB-EJY

(10) <u>Zari v. MGM Resorts Int'l</u>, No. 2:23-cv-01777-CDS-BNW

(11) <u>Manson v. MGM Resorts Int'l</u>, No. 2:23-cv-01826-CDS-EJY

(12) <u>Sloan v. Vici Properties, Inc., et al.</u>, No. 2:23-cv-02042-ART-BNW

(13) <u>Mejia v. MGM Resorts Int'l, et al.</u>, No. 2:24-cv-00081-APG-DJA

(14) <u>Righetti v. MGM Resorts Int'l</u>, No. 2:23-cv-02064-APG-DJA

**IT IS FURTHER ORDERED** that <u>Owens v. MGM Resorts Int'l</u>, No. 2:23-cv-01480-RFB-MDC shall be the base/lead case and all future documents must bear said base/lead case number.

**IT IS FURTHER ORDERED** that all filings filed in the base/lead case be deemed to have also been filed in the consolidated cases.

**DATED:** <u>March 22, 2024</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE